**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-6046**

_____

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

JUAN PRATT,

                                        Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, Chief District Judge.  (CR-95-123-3-MU, CA-97-28-3-MU)

_____

Submitted:  March 11, 1999          Decided:  March 18, 1999

_____

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Juan Pratt, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

    Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998).  We have reviewed the record and the district court's opinion and find no reversible error.  Pratt waived the right to collaterally attack his conviction or sentence except on specified grounds, and he fails to show that he received ineffective assistance of counsel.  See Lockhart v. Fretwell, 506 U.S. 364 (1993).  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See United States v. Pratt, Nos. CR-95-123-3-MU; CA-97-28-3-MU (W.D.N.C. Dec. 14, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2